| | |
|---|---|
| IRELL & MANELLA LLP<br>Andra Barmash Greene (123931)<br>agreene@irell.com<br>Jill R. Sperber (243304)<br>jsperber@irell.com<br>Brian Z. Bark (217514)<br>bbark@irell.com<br>Kenneth R. Nielsen (248759)<br>knielsen@irell.com<br>840 Newport Center Drive, #400<br>Newport Beach, CA 92660-6324<br>Telephone:  (949) 760-0991<br>Facsimile:   (949) 760-5200<br><br>ACLU FOUNDATION OF<br>SOUTHERN CALIFORNIA<br>Mark D. Rosenbaum (59940)<br>mrosenbaum@aclu-sc.org<br>Lori Rifkin (244081)<br>lrifkin@aclu-sc.org<br>1313 W. 8th Street<br>Los Angeles, CA 90017<br>Telephone:  (213) 977-9500<br>Facsimile:  (213) 977-5297<br><br>Attorneys for Plaintiffs<br>Mark Sipprelle, Helen Ayres, Felipe Ruiz,<br>Robert Carmichael and Paul Ishak | ACLU FOUNDATION OF<br>SOUTHERN CALIFORNIA<br>Hector Villagra (177586)<br>hvillagra@aclu-sc.org<br>Belinda Escobosa Helzer (214178)<br>bescobosahelzer@aclu-sc.org<br>2140 W. Chapman Ave., Suite 209<br>Orange, California 92868<br>Telephone:  (714) 450-3962<br>Facsimile:  (714) 450-3969<br><br>ERWIN CHEMERINSKY (of counsel)<br>University of California, Irvine<br>School of Law<br>401 E. Peltason<br>Irvine, California  92697-8000<br>Telephone: (949) 824-7722 |

JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK SIPPRELLE, HELENE AYRES; FELIPE RUIZ; ROBERT CARMICHAEL; and PAUL ISHAK,<br><br>                      Plaintiffs,<br><br>           v.<br><br>CITY OF LAGUNA BEACH; THE LAGUNA BEACH POLICE DEPARTMENT; and THE CITY COUNCIL OF THE CITY OF LAGUNA BEACH,<br><br>                      Defendants. | Case No. SACV 08-1447 CJC (AGRx)<br><br>ORDER DISMISSING CASE |

ORDER DISMISSING CASE

# ORDER

Pursuant to the settlement reached on June 19, 2009 by and between Plaintiffs Mark Sipprelle, Helene Ayres, Felipe Ruiz, Robert Carmichael, and Paul Ishak on the one hand ("Plaintiffs"), and Defendants City of Laguna Beach, Laguna Beach Police Department, and City Council of the City of Laguna Beach on the other hand ("Defendants"), all claims by Plaintiffs against Defendants are hereby dismissed, with prejudice.

The Court shall retain jurisdiction over this case for a term of three years to enforce the terms of the settlement agreement, with the condition that no party may bring litigation to enforce it without first providing the other side notice of any alleged violation and a reasonable opportunity to cure the alleged violation.

IT IS SO ORDERED.

DATED: July 20, 2009                    By: _____
                                            Judge Cormac J. Carney
                                            United States District Court

ORDER DISMISSING CASE